IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PALINODE, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 21-1378 (MN) (SRF) |
| | ) |
| PLAZA SERVICES, LLC and PROVANA, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 24th day of January 2023:

WHEREAS, on January 9, 2023, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 265) in this action recommending that the Court deny Defendant Provana, LLC's Motion for Judgment on the Pleadings as to Count III of Plaintiff's Second Amended Complaint (D.I. 195); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 265) is ADOPTED. Defendant Provana, LLC's Motion for Judgment on the Pleadings as to Count III of Plaintiff's Second Amended Complaint (D.I. 195) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge