# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PALINODE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-01378 (MN-SRF) |
| | ) |
| PLAZA SERVICES, LLC and PROVANA, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties to this action, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice of this action (including all claims, counterclaims, and crossclaims), with each party to bear its own costs and attorneys' fees.

Dated: October 27, 2023

| | |
|---|---|
| /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (I.D. #3726)<br>Cortlan S. Hitch (I.D. #6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>Thor Y. Urness (admitted *pro hac vice*)<br>R. Brandon Bundren (admitted *pro hac vice*)<br>Caroline D. Spore (admitted *pro hac vice*)<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>turness@bradley.com<br>bbundren@bradley.com<br>cspore@bradley.com<br><br>*Attorneys for Plaintiff, Palinode, LLC* | /s/ Alan D. Albert<br>Alan D. Albert (I.D. #6258)<br>Dana J. Finberg (admitted *pro hac vice*)<br>Shane Bradwell (admitted *pro hac vice*)<br>Sheri Mercier (admitted *pro hac vice*)<br>O'HAGAN MEYER PLLC<br>800 North King Street, Suite 303<br>Wilmington, DE 19801<br>aalbert@ohaganmeyer.com<br>dfinberg@ohaganmeyer.com<br>sbradwell@ohaganmeyer.com<br>smercier@ohaganmeyer.com<br><br>*Attorneys for Defendant Provana LLC*<br><br>/s/ Andrew L. Cole<br>Andrew L. Cole (I.D. #5712)<br>Michael E. Fitzpatrick (I.D. #6797)<br>Nathaniel J. Klepser (I.D. #6975)<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>acole@coleschotz.com<br>mfitzpatrick@coleschotz.com<br><br>Sean M. O'Brien (admitted *pro hac vice*)<br>Brendan H. Little (admitted *pro hac vice*)<br>LIPPES MATHIAS LLP<br>50 Fountain Plaza Suite 1700<br>Buffalo, NY 14202<br>sobrien@lippes.com<br>blittle@lippes.com<br><br>*Attorneys for Defendant<br>Plaza Services, LLC* |

**SO ORDERED** this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge